# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of July, two thousand and thirteen.

Before:       AMALYA L. KEARSE,
                 CHESTER J. STRAUB,
                 ROSEMARY S. POOLER,
                     *Circuit Judges.*

_____

United States of America,

                                                           **JUDGMENT**
    Appellee,                                           Docket No. 11-4711

    v.

Anthony Praddy, AKA Birdman,

    Defendant - Appellant.

_____

    The appeal in the above captioned case from a judgment of the United States District Court for the Eastern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

    IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED in part, REVERSED in part and the case is REMANDED in accordance with the opinion of this court.

                                                        For The Court:

                                                        Catherine O'Hagan Wolfe,
                                                        Clerk of Court